ACCEPTED
03-14-00518-CV
5010786
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 3:33:28 PM
JEFFREY D. KYLE
CLERK

**03-14-00518-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/23/2015 3:33:28 PM

JEFFREY D. KYLE
Clerk

James Poe and Senior Retirement Planners, LLC       APPELLANTS

v.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS
RECEIVER OF RETIREMENT VALUE, LLC       APPELLEE

Appeal from 53rd Judicial District Court of Travis County, Texas
(Hon. Gisela D. Triana, Presiding)

**APPELLEE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF**

John W. Thomas
State Bar No. 19856425
George, Brothers, Kincaid
& Horton, L.L.P
114 W Seventh, Suite 1100
Austin, TX  78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

ATTORNEYS FOR APPELLEE
EDUARDO  S.  ESPINOSA,  IN  HIS
CAPACITY AS RECEIVER
OF RETIREMENT VALUE, LLC

1

COMES NOW, Appellee, Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, and request the Court to extend the time to file Appellee's Brief. Time to File Brief in accordance with Tex. R. App. P. 10.5(b) and Tex. R. App. P. 38.6(d).

## A.  Introduction

1.     Appellant filed its brief on March 11, 2015.

2.     Appellee's brief is due on May 11, 2015.

3.     Texas Rule of Appellate Procedure Rule 38.6(b) states that the appellee's brief must be filed within 30 days after the date the appellant's brief was filed.  Appellee now asks the Court to grant its motion to extend time for thirty days to file appellee's brief.

## B.  Arguments & Authorities

4.     The Court may extend the time for filing a brief under Texas Rule of Appellate Procedure 38.6(d).

5.     Appellee seeks an extension in this case because Appellee is working on two appellate briefs in separate appeals, and counsel for Appellee has depositions scheduled in other cases requiring him to travel out of state during the next few weeks.

6.     Counsel for Appellant does not oppose this motion and has agreed to the extension sought.

7.     There has been one previous extension granted regarding the filing of Appellee's brief.

8.     Appellants had approximately seven months in which to file their brief from the date they filed their notice of appeal.

## C. **Prayer**

9.     For these reasons, Appellee Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC asks the Court to grant an extension of time to file the appellee's brief until June 11, 2015.

Respectfully submitted,

*/s/ John W. Thomas*
John W. Thomas
State Bar No. 19856425
George & Brothers, L.L.P
114 W Seventh, Suite 1100
Austin, TX  78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

**ATTORNEYS FOR APPELLEE**
**EDUARDO S. ESPINOSA, IN HIS**
**CAPACITY AS RECEIVER OF**
**RETIREMENT VALUE, LLC**

## **CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for Appellant about the merits of the motion and counsel for Appellant has agreed to the extension of time to file Appellee's Brief.

3

## **CERTIFICATE OF SERVICE**

A copy of the foregoing pleading was served upon the following listed counsel in the manner listed below, and by the Court's electronic service on this 23rd day of April, 2015.  Subject to further notice, the electronic transmission will be reported as complete upon electronic receipt by the court.

Scott Lindsey
Gardner Aldrich, LLP
1130 Fort Worth Club Tower
777 Taylor St.
Fort Worth, TX 76102
Telephone: 817-336-5601
Fax: 817-336-5297
slindsey@gardneraldrich.com

*/s/ John W. Thomas*
John W. Thomas